IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:15-CR-104-H
No. 7:19-CV-131-H

LEXY LEONEL HERRERA-PAGOADA, )
)
Petitioner, )
)
v. ) ORDER
)
UNITED STATES OF AMERICA, )
)
Respondent. )

For good cause being shown upon the motion of the Respondent, IT IS HEREBY ORDERED that the Court allows the filing of the compact disc (CD), which is Exhibit 1 to Respondent's Memorandum in Support of its Motion to Dismiss, to be filed manually.

IT IS FURTHER ORDERED that the United States will provide an exact copy of the CD to opposing counsel.

SO ORDERED this 5th day of November, 2019.

MALCOLM J. HOWARD
Senior United States District Judge